WILLIAM J. WEGMAN and Another, Suing for THE TRADERS
NATIONAL BANK OF ROCHESTER and Other Stockholders, Plain-
tiffs, *v.* TRADERS NATIONAL BANK OF ROCHESTER and Others,
Defendants.

Supreme Court, Monroe County, March 2, 1927.

**Removal of causes — action attacking appointment of receiver of National
bank is within jurisdiction of Federal court and must be removed to
said court.**

A receiver of a National bank is a Federal officer governed by Federal statutes, and
since this action questions the validity of his appointment, it must be removed
to the jurisdiction of the United States District Court.

MOTION for removal of cause to Federal District Court.

*James D. Harris,* for the plaintiffs.

*George A. Carnahan,* for the defendants.

RODENBECK, J.   This action seeks to set aside an agreement
between two National banks whereby the assets of one were
transferred to the other and a note given in connection therewith
and asks for an accounting and an injunction prohibiting the sale
or enforcement of the promissory note.   A receiver has been
appointed of one of the defendant banks and the validity of his
appointment is also attacked.   The cause of action rests upon
Federal statutes regulating the powers, borrowing  capacity and
the liquidation and dissolution of National banks (U. S. Comp.
Stat. §§ 9661, 9764, 9806), and, therefore, arises under Federal
laws.'   A Federal question is one which " really and substantially
involve a dispute or controversy as to a right which depends on
the construction of the Constitution or some law or treaty of the
United States " or on the validity or effect thereof.   (*Western
Union Telegraph Co.* v. *Ann Arbor R. R. Co.*, 178 U. S. 239, 244;
*Devine* v. *Los Angeles,* 202 id. 313, 332.)   " A suit arises under the
law that creates the cause of action." (*American, etc., Co.* v. *Layne
& Bowler Co.,* 241 U. S. 257.)   A National bank is in the same
position in a suit in a State court " as a bank not organized under
the laws of the United States." (Judicial Code, § 24, subd. 16
[Barnes Fed. Code, § 785]; *Leather Mfrs. Bank* v. *Cooper,* 120 U. S.
778, 781.)   But in addition to being an action which arises under
Federal statutes it is brought against the receiver of the defendant
National Bank of Commerce who is a Federal officer governed by
Federal statutes.   (*Matter of Chetwood,* 165 U. S. 443, 458; *Auten* v.
*U. S. National Bank,* 174 id. 125, 141; *Guarantee Co. of N. Dakota*

v. *Hanway,* 104 Fed. 369; *McCartney* v. *Earle,* 115 id. 462; *Bates* v. *Dresser,* 229 id. 772.)   The cause of action clearly comes within the jurisdiction of the Federal courts.   (Judicial Code, § 29 [Barnes Fed. Code, § 791].)

Motion granted.